IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-01374-DDD-KAS

JOSE LUIS PLEITEZ-CARRILLO,

      Petitioner,

v.

WARDEN DENVER CONTRACT DETENTION FACILITY,
GEORGE VALDEZ, Acting (FOD) Enforcement and Removal Operations,
MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,
TODD BLANCHE, in his official capacity as Acting Attorney General of the United
States, and
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,

      Respondents.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is entered.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order, filed

June 29, 2026, and the Order, entered July 17, 2026 by the Honorable Daniel D.

Domenico, Chief United States District Judge, and incorporated herein by reference as

if fully set forth, it is hereby

ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITHOUT

PREJUDICE.

DATED at Denver, Colorado this <u>17th</u> day of July, 2026.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK


*s/ Robert R. Keech*

Robert R. Keech,
Deputy Clerk